UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ROOTS, | No. 2:16-cv-1182 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Respondents. | |

This petition for writ of habeas corpus was dismissed on December 27, 2016. Petitioner has filed multiple documents, requests and a motion to proceed in forma pauperis since his case was dismissed and judgment was entered. IT IS HEREBY ORDERED that documents (ECF Nos. 13-16; 18-20) filed by petitioner since the closing date are disregarded and no orders will issue in response to future filings.

Dated: April 14, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/root1182.158

1